United States District Court
Southern District of Texas
**ENTERED**
February 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2454 |
| | § | |
| JUSTIN HAN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

It is **ORDERED** that within 20 days from the entry of this Order plaintiff Malibu Media, LLC

(a) move for judgment by default, certifying the notice to the defendant;

(b) submit affidavits with supporting documentation of plaintiff's damages, including a self-explanatory computation of any prejudgment interest sought;

(c) submit affidavit evidence on attorney's fees, including an explanation of reasonable charges for the necessary service in prosecution of this case; and

(d) submit a proposed Final Judgment.

**SIGNED** at Houston, Texas, on this 26th day of February, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE